**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RAINSOFT, a division of Aquion, Inc. a Delaware corporation, | : : | |
| Plaintiff | : : | |
| v. | : : | C.A. No. 1:15-cv-00432-S-PAS |
| BRIAN MACFARLAND, d/b/a "Lazy Man & Money," | : : | |
| Defendant | : | |

## DEFENDANT BRIAN MACFARLAND'S MOTION FOR SUMMARY JUDGMENT

Defendant Brian MacFarland d/b/a "Lazy Man & Money" ("MacFarland") hereby moves for summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure, on all counts of Plaintiff RainSoft's Second Amended Complaint. In support hereof, MacFarland relies on the accompanying Memorandum of Law and its Statement of Undisputed Facts filed simultaneously herewith.

WHEREFORE, MacFarland requests that the instant motion be granted.

/s/ Mary C. Dunn
Joseph V. Cavanagh, Jr. #1139
Mary Cavanagh Dunn #6712
BLISH & CAVANAGH, LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
Telephone: (401) 831-8900
Telecopier: (401) 751-7542
jvc@blishcavlaw.com
mcd@blishcavlaw.com

## REQUEST FOR ORAL ARGUMENT

MacFarland hereby requests oral argument on the instant Motion and estimates that sixty (60) minutes will be required for same.

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court DM/ECF System.

        /s/ Mary C. Dunn