**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| RAINSOFT, a division of Aquion, Inc., a Delaware Corporation, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BRIAN MACFARLAND, d/b/a "Lazy Man & Money," )<br>)<br>Defendant. ) | Case No.: 15-432 WES |

## NOTICE OF APPEAL

Notice is hereby given that Brian MacFarland, defendant in the above-named case, pursuant to an appellee's right to appeal under Fed. R. App. P. 4(a)(3), hereby appeals to the United States Court of Appeals for the First Circuit from that part of the Opinion and Order (ECF No. 126) granting Plaintiff's Motion for Sanctions, which entered in this action on the 30th day of September, 2018, and all non-final and interlocutory rulings entered in this action.

Respectfully submitted,

Defendant, Brian MacFarland,

/s/ Mary C. Dunn
Mary C. Dunn
Robert J. Cavanagh, Jr.
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI  02903
Tel: (401) 831-8900
mcd@blishcavlaw.com
rjc@blishcavlaw.com

Dated:  November 9, 2018

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 9, 2018, this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants.

                /s/ Mary C. Dunn